IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES A. SMITH, JR.,

    Plaintiff,

v.

WILLIAM POLLARD, WAUPUN CORR. INSTI., BRAD D. SCHIMEL, STATE OF WISCONSIN DEPARTMENT OF JUSTICE, EDWARD F. WALL, WISCONSIN DEPARTMENT OF CORRECTIONS, JEFFREY KREMERS, MILWAUKEE COUNTY CIRCUIT COURT and DAVID A. CLARKE,

    Defendants.

JUDGMENT IN A CIVIL CASE

16-cv-10-slc

---

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying plaintiff leave to proceed and dismissing Milwaukee County Circuit Court, Brad D. Schimel, State of Wisconsin Department of Justice, Waupun Corr. Insti., Wisconsin Department of Corrections, David A. Clarke and Jeffrey Kremers, and;

(2) granting summary judgment in favor of Edward F. Wall and William Pollard and dismissing this case.

| /s/ | 9/6/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |